UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HEATHER COLE, | ) | Case 3:19-cv-700 |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Andrew T. Baxter |
| v. | ) | United States Magistrate Judge |
| | ) | |
| ANDREW SAUL, | ) | Stipulation – Document Filed Electronically |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| *Defendant*. | ) | February 11, 2020 |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Andrew Saul, | Heather Cole, |
| By His Attorneys | By Her Attorney |
| Grant C. Jaquith, | |
| United States Attorney | |
| | |
| */s/ Natasha Oeltjen* | */s/ Peter A. Gorton*[1] |
| Special Assistant United States Attorney | Lachman & Gorton |
| Social Security Administration | 1500 East Main Street |
| Office of the General Counsel | P.O. Box 89 |
| J.F.K. Federal Building, Room 625 | Endicott, NY 13761-0089 |
| Boston, MA 02203 | (607) 754-0500 |
| (617) 565-1849 | office@lglaw.org |
| natasha.oeltjen@ssa.gov | |

IT IS SO ORDERED:

Andrew T. Baxter
U.S. Magistrate Judge

Dated: February 13, 2020
Syracuse, NY

---

[1] Signed by Natasha Oeltjen with Peter Gorton's permission.